UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 21-2249 (DSD/ECW)

Mark Anthony Smith Jr,

    Plaintiff,

v.                                                          **ORDER**

Ashley Youngbird, et al,

    Defendants.


Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Elizabeth Cowan Wright dated November 3, 2021, all the files and records, and no objections having been filed to said Report and Recommendation, **IT IS HEREBY ORDERED** that defendant Ortega is dismissed without prejudice from this litigation pursuant to 28 U.S.C. § 1915A.


Dated: November 30, 2021    s/David S. Doty
    David S. Doty, Judge
    United States District Court