UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 21-2249 (DSD/ECW)

Mark Anthony Smith Jr.,

    Plaintiff,

v.                               **ORDER**

Ashley Youngbird et al,

    Defendants.

This matter is before the court upon the report and recommendation by United States Magistrate Judge Elizabeth Cowan Wright dated July 29, 2022 (R&R). No objections have been filed to the R&R within the time period permitted. Accordingly, **IT IS HEREBY ORDERED that:**

1. The R&R [ECF No. 27] is adopted in its entirety;

2. The motion to dismiss [ECF No. 20] is granted; and

3. All official capacity claims asserted against Defendant Ashley Youngberg are dismissed with prejudice.

Dated: August 24, 2022

                                                s/David S. Doty
                                                David S. Doty, Judge
                                                United States District Court