UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO.: 21-2249(DSD/ECW)

Mark Anthony Smith Jr.,

    Plaintiff,

v.                    **ORDER**

Ashley Youngbird,

    Defendant.

Based on the findings of fact, conclusions of law, and recommendation by United States Magistrate Judge Elizabeth Cowan Wright dated September 9, 2022, all the files and records, and no objections having been filed to said report and recommendation, **IT IS HEREBY ORDERED that:**

1. Plaintiff Mark Anthony Smith, Jr.'s claims against Defendant Ashley Youngberg in her individual capacity are dismissed without prejudice; and

2. Defendant Ashley Youngberg's counterclaims against Plaintiff Mark Anthony Smith Jr. in her individual capacity are dismissed without prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: October 4, 2021

                                        s/David S. Doty
                                        David S. Doty, Judge
                                        United States District Court